IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN DEMETRIUS MIDDLETON<br>Defendant. | Case No. 1:21-MJ-352 |



FILED
OCT 18 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Charles Crenshaw being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in January 2018. I graduated from the Federal Law Enforcement Training Center in June 2018. Following my appointment to SPS, I received an additional eight weeks of CIA-specific training prior to being assigned as an officer at various CIA installations.

2. This affidavit is submitted in support of a criminal complaint charging JONATHAN D. MIDDLETON with one count of criminal trespass at 1500 Tysons McLean Drive in McLean, Virginia, in violation of 32 C.F.R. § 1903.7(a), which prohibits entering or remaining on any CIA installation without proper authorization; and one count of disorderly conduct, in violation of 32 C.F.R. § 1903.14(a), which prohibits engaging in fighting, threatening, or violent behavior.

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the United States.

4. The location 1500 Tysons McLean Drive is an "Agency installation," as defined by 32 C.F.R. § 1903.1, and is within the Eastern District of Virginia.

5. On Sunday, October 17, 2021, at approximately 3:15 p.m., CIA police officers observed the Defendant approach the facility at 1500 Tysons McLean Drive from Farm Credit Drive Road on foot, and attempt to enter the installation via the outbound lane of the road.

6. While entering the installation, the Defendant passed a sign that reads, in pertinent part:

"WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

ONLY AUTHORIZED PERSONS MAY ENTER

ALL VISITORS AND OR LOST MOTORISTS

MUST PRESENT VALID IDENTIFICATION PRIOR TO ENTERING OR DEPARTING

THE FACILITY

FEDERAL POLICE OFFICERS WILL ENFORCE ALL APPLICABLE

FEDERAL AND STATE LAWS

INDIVIDUALS ON AND ENTERING THE FACILITY ARE SUBJECT TO

SEARCH/INSPECTION TO PERSON/PROPERTY

BY ENTERING THIS INSTALLATION

YOU CONSENT TO THESE CONDITIONS

32 C.F.R. 1903"

7. When officers observed the Defendant approaching a security checkpoint, they approached the Defendant and ordered him to stop and to state his name and business at the facility. The Defendant disobeyed the officers' commands, turned, and walked briskly towards the nearby Visitor's Control Center. Officers followed the Defendant on foot and continued to order him to stop and identify himself. During this time, the Defendant was making strange noises and appeared to be intoxicated. The Defendant then sat on a bench and officers were eventually able to calm him down and get him to identify himself. After some time, the Defendant voluntarily provided his telephone to an officer to allow the police to contact his mother. During that time, the Defendant stated that he had smoked a "dipper," which the officers took to mean a cigarette laced with PCP. While an officer was speaking with the Defendant's mother by phone, the Defendant became agitated and moved towards that officer, pushing him while stating "I'm going to get your gun." After that first officer pushed the Defendant away in order to protect himself and retain his service weapon, the Defendant moved towards a second officer, and pushed him while attempting to reach that officer's service weapon. Officers then tackled the Defendant and restrained him.

8. Based on the foregoing, I submit there is probable cause to believe that on October 17, 2021, in McLean, Virginia, within the Eastern District of Virginia, JONATHAN D. MIDDLETON did enter an Agency installation without proper authorization, in violation of 32 C.F.R. § 1903.7(a); and did engage in fighting, threatening, or violent behavior, in violation of 32 C.F.R. § 1903.14(a).

Respectfully submitted,

Officer Charles Crenshaw
Security Protective Service
Central Intelligence Agency

Subscribed and sworn to before me on October 18, 2021.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

Hon. Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia